THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GREGORY BRUNO, Appellant.— No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DOMINICK AMATO, Appellant. — No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

HERBERT L. J. PARTRIDGE, Appellant, v. MARY W. P. PARTRIDGE, Respondent.— No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

AXEL STOKBY, Respondent, v. AAGE HEMPEL, Appellant.— No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GUY CARY et al., as Ancillary Executors and Trustees under the Will of ROBERT W. GOELET, Deceased, Respondents-Appellants, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants-Respondents. [379-387 Lexington Ave. and Other Premises, Borough of Manhattan.]— Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

In the Matter of THEODORE DEUTSCHMANN et al., Appellants, for a Determination of the Value of Their Stock in AMERICAN TELEPHONE AND TELEGRAPH COMPANY, Respondent.— No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.